IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

STEPHANIE R. LANGFORD-JONES                          PLAINTIFF

V.                                CIVIL ACTION NO. 3:09-cv-139TSL-JCS

JAMES B. PEAKE, SECRETARY OF VETERANS AFFAIRS           DEFENDANT

### ORDER SEALING PLAINTIFF'S COMPLAINT, THE ANSWER AND ALL RESPONSES, BRIEFS AND MEMORANDA TO BE FILED RELATIVE THERETO

This matter is before the Court on the *ex parte* motion of the Defendant for and order to Seal Plaintiff's Complaint and exhibits thereto filed herein on March 6, 2009, and other pleadings to be filed in conjunction with the Complaint, because extensive personal, medical, and sensitive information that is contained in the exhibits attached to the Complaint and included in the contents of the Complaint. This Motion is pursuant to this Court's interim "Standard Operating Procedure Governing Protection of Personal and Sensitive Information and Public Access to Court Files" dated May 16, 2003; and after considering the Motion, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the Plaintiff's Complaint and exhibits thereto filed herein on March 6, 2009, and other pleadings to be filed relative to the Complaint are hereby SEALED.

SO ORDERED this the _23_ day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE